**Court Exhibit 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    UNITED STATES OF AMERICA,

               -against-

    WANDA RUIZ

                         Defendant(s).
-----------------------------------------------------------------X

<u>**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**</u>

**18**   -CR- **876**   ( KMK )( )

Defendant _____Wanda Ruiz_____ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

_X__    Conference Before a Judicial Officer  (PLEA)


_____*Wanda Ruiz*_____

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____*James Neuman*_____

Defendant's Counsel's Signature


____Wanda Ruiz_____

Print Defendant's Name

____James Neuman_____

Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

____11/17/2020_____

Date

____*Judith C. McCarthy*_____

U.S. District Judge/U.S. Magistrate Judge