**JAMES E. NEUMAN, P.C.** **MEMO ENDORSED**

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

**MEMO ENDORSED**

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

December 4, 2020

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Ruiz*, 18 Cr. 876 (KMK)

Your Honor:

I represent Wanda Ruiz in the referenced case and am submitting this letter to request a modification of the schedule for the pre-sentence interview and completion of the Pre-Sentence Report. Currently, the schedule requires that an interview be completed by December 15th, the first disclosure be made by January 11th, and that the second disclosure be made by February 8th. Recently, however, Ms. Ruiz tested positive for COVID-19. Although she has not yet required hospitalization, she has been enduring serious symptoms. In addition, her mother just passed away from COVID-19. For these reasons, Ms. Ruiz is unable to participate in the interview on the current schedule.

Accordingly, we request that all of the aforementioned deadlines be postponed one month.

Granted.

So Ordered.

/s/ KMK
12/4/20

Respectfully submitted,

_____/s/_____
James E. Neuman