# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

**MEMO ENDORSED**

January 5, 2021

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re: *United States v Ruiz*, 18 Cr. 876 (KMK)

Your Honor:

    I represent Wanda Ruiz in the referenced case and am submitting this letter to request an additional modification of the sentencing schedule.

    As you may recall, last month this Court agreed to postpone the deadlines for completing the pre-sentence interview and disclosure of the Pre-Sentence Report because Ms. Ruiz was enduring severe symptoms from COVID-19. The current schedule requires an interview be completed by January 15th, the first disclosure be made by February 5th, and that the second disclosure be made by March 8th. Sentencing remains scheduled for April 1st.

    Since the schedule was amended, however, Ms. Ruiz has been hospitalized a number of times. And yesterday, she returned to the hospital, with the expectation that she would remain there for perhaps two weeks, during which time she would not be able to be interviewed.

    Accordingly, we ask that the schedule be amended again, by postponing all of the aforementioned deadlines one month.

Respectfully submitted,

/s/
James E. Neuman

Granted.
So Ordered.