**MEMO ENDORSED**

# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

July 20, 2021

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Ruiz*, 18 Cr. 876 (KMK)

Your Honor:

I represent Wanda Ruiz in the referenced case and am submitting this letter to request that the sentencing, currently scheduled for August 4, 2021, be postponed two weeks or at a later date convenient to this Court. The government consents to this application.

The primary reason for this request is that, over the past several days, Ms. Ruiz has been suffering a relapse of lupus. As a result, I have been unable to discuss and review with her the sentencing memorandum, now due tomorrow. She expects, however, to be feeling better by the end of this week.

Aside from the request for an extension, the parties ask that the sentencing not be scheduled on August 25th, September: 1st, 2nd, 7th, 8th or 16th.

Respectfully submitted,

/s/
James E. Neuman

*Granted. The sentence will go forward on October 7, 2021 at 10:00 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/21/2021