MEMO ENDORSED

# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

November 1, 2021

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Ruiz*, 18 Cr. 876 (KMK)

Your Honor:

I represent Wanda Ruiz in the referenced case and am submitting this letter to request that the sentencing, currently scheduled for November 10, 2021. be postponed until the week of December 6, 2021. The government consents to this application.

The reason for this request is that, despite repeated, strenuous efforts by Ms. Ruiz, we have had great difficulty obtaining her medical records (which are reportedly quite voluminous) from various medical providers. Over the past two weeks, these providers have repeatedly assured her that the records would be made available to counsel imminently. Indeed, one provider reportedly mailed out hard copies of records twelve days ago. Yet, none of those records have been received.

In view of the repeated delays in delivering such records – which are critical to Ms. Ruiz's sentencing submission – we ask that the sentencing be re-scheduled for sometime during the week of December 6th. Finally, I note that both parties are available on any day that week.

Respectfully submitted,

/s/
James E. Neuman

Granted. The sentence will go forward on December 8, 2021 at 2:00 pm

SO ORDERED

KENNETH M. KARAS U.S.D.J.
11/2/2021