MEMO ENDORSED

# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

December 17, 2021

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Ruiz*, 18 Cr. 876 (KMK)

Your Honor:

This letter is submitted to request a modification of the terms of the sentence recently imposed upon Wanda Ruiz. As you may recall, this Court imposed a sentence of six months of incarceration and three years of supervised release, with the condition that her first six months of supervised release would be on home confinement. Further, this Court indicated that the period of home confinement would be served first (in part to accommodate her need for medical procedures in the coming months).

In view of Ms. Ruiz's need for frequent medical appointments, and the family's request that she be permitted to continue transporting her granddaughter to and from the school bus, her probation officer has suggested that we ask that the condition of home confinement be replaced with a curfew, with the understanding that the Probation Department would have discretion to set and monitor the hours of her curfew (and also have the discretion to choose the most appropriate monitoring technology).

I have not had an opportunity yet to ask the government for its position on curfew. But before curfew was suggested to me, AUSA Samuel Raymond told me that the government consented to permitting Ms. Ruiz to attend medical appointments and transport her granddaughter to and from the school bus.

Accordingly, we ask that the condition of home confinement be replaced with the condition of a curfew, to be set and controlled at the discretion of the Probation Department.

Granted.

So Ordered.

/s/ KMK

12/17/21

Respectfully submitted,

_____/s/_____
James E. Neuman

-2-