MEMO ENDORSED

# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

May 12, 2022

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re: *United States v Ruiz*, 18 Cr. 876 (KMK)

Your Honor:

      This letter is submitted to request a postponement of the surrender date for Wanda Ruiz. As you may recall, this Court imposed a sentence of six months of incarceration and three years of supervised release, with the condition that her first six months of supervised release would be on home confinement. Further, this Court indicated that the period of home confinement would be served first (in part to accommodate her need for medical procedures in the coming months).

      Yesterday, the Probation Office informed me that Ms. Ruiz had actually been due to surrender to Danbury Satellite Camp three days ago. Neither Ms. Ruiz nor I had been informed that she was due to surrender to Danbury until yesterday. In any event, during the past month, an unanticipated medical emergency occurred. Due to right-hand "compartment syndrome" – which caused "gross swelling and dangerously elevated pressures" – Ms. Ruiz underwent surgery on her hand on April 16th. The plan at that time was for her to undergo a second surgery for wound closure on April 28th, but blood clotting problems have delayed that surgery. The tentative plan now is for that surgery to occur on June 8th. Thereafter, some skin grafting will be required. But before the June 8th surgery may take place, Ms. Ruiz must be examined on May 25th to ensure that it is safe to proceed as scheduled. During that appointment on May 25th, Ms. Ruiz also expects her surgeon to explain the timing of any necessary skin grafting and follow-up procedures.

      Due to the uncertainty as to when these medical procedures will be completed – and which procedures may safely be delayed until after Ms. Ruiz serves her period of incarceration – we ask that her surrender date be extended until May 30th. By that date, Ms. Ruiz should have more

information as to the timing of any additional necessary procedures. And at that point, we can better inform this Court and the government as to a realistic surrender date. In other words, we will likely seek an additional extension then, but that date now is unknown.

For these reasons, we ask that Mr. Ruiz's surrender date be extended until May 30, 2022. I have conferred with AUSA Samuel Raymond, who says that he government consents to this request.

Granted.

So Ordered.

5/12/22

Respectfully submitted,

/s/
James E. Neuman