**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

MEMO ENDORSED

May 27, 2022

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Ruiz*, 18 Cr. 876 (KMK)

Your Honor:

This letter is submitted to request a postponement of the surrender date for Wanda Ruiz. As you may recall from our prior letter earlier this month, Ms. Ruiz underwent emergency surgery on her hand on April 16th. In that letter, we asked for her surrender date to be postponed until May 30th, at which point we expected to have additional informatio as to the timing of a second surgery to close the wound. Thus, we noted that we would likely will likely seek an additional extension.

This week, Ms. Ruiz learned that the second surgery is now scheduled for June 20, 2022, but it is unclear how soon after that she will be able to surrender. Accordingly, we ask now that the surrender date be extended until June 13, 2022. Our understanding is that by then the surgeon will be able to provide us with enough information to set a final, realistic surrender date.

The government consents to this request.

Granted. Ms. Ruiz's surrender date is postponed to 6/30/22.

So Ordered.
5/27/22

Respectfully submitted,

/s/
James E. Neuman